[No. 9288-3-II.  Division Two.  April 17, 1987.]

PIERCE COUNTY PUBLIC TRANSPORTATION BENEFIT AREA
AUTHORITY, *Respondent*, v. THOMAS A. BALLEW,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-02105-9, D. Gary Steiner, J., entered October 2, 1985. *Affirmed* and *remanded* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Ennis and Gavin, JJ. Pro Tem.

[No. 9195-0-II.  Division Two.  April 17, 1987.]

DON MEDLEY, JR., ET AL, *Appellants*, v.
KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-05812-6, William L. Brown, Jr., J., entered September 20, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Ennis and Gavin, JJ. Pro Tem.

[No. 8831-2-II.  Division Two.  April 17, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
RONALD RENFRO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00471-3, Thomas R. Sauriol, J., entered June 10, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Harris and Williams, JJ. Pro Tem.